# UNITED STATES DISTRICT COURT

District of __Massachusetts__

BMI, INC., ET AL

SUMMONS IN A CIVIL CASE

V.

WHO'S ON FIRST, INC., ET AL

CASE NUMBER:

04-11553 REK

TO: (Name and address of Defendant)

David M. Paratore
75 Peterborough Street, Suite 109
Boston, MA 02215

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. Strong, Esq.
Kotin, Crabtree & Strong
One Bowdoin Square, 8th Floor
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE  7-13-04

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7-24-2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas M. Savage | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by delivering in hand to Roger Parker who stated that he is authorized to accept such service for David Parker at 14 Court View Way, Dedham, Mass.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-24-2004
             Date          Signature of Server

422 Rock O'Dundee, Dover, Mass
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.