# UNITED STATES DISTRICT COURT

District of    __Massachusetts__

BMI, INC., ET AL

V.

WHO'S ON FIRST, INC., ET AL

SUMMONS IN A CIVIL CASE

2004 AUG -4 P 12: 57

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

04    11553 REK

TO: (Name and address of Defendant)

Robert Paratore
164 Cordaville Road
Ashland, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. Strong, Esq.
Kotin, Crabtree & Strong
One Bowdoin Square, 8th Floor
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within  __20__  days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    7-13 04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7-24-2004 |

| NAME OF SERVER *(PRINT)* Thomas L Savage | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 164 Cordsville Road Waltham Mass

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2-24-2004___     _____
           Date              Signature of Server

427 Neck St Weymouth
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.