UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; BENNY BIRD COMPANY, INC.; BEN MARGULIES, AN INDIVIDUAL d/b/a BEEN JAMMIN MUSIC; VISION OF LOVE SONGS, INC.; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY, L.L.C.; CAREERS-BMG MUSIC PUBLISHING, INC.; ALEX BAND, AN INDIVIDUAL d/b/a ALEX BAND MUSIC; AARON KAMIN, AN INDIVIDUAL d/b/a AMEDEO MUSIC; FOREIGN IMPORTED PRODUCTIONS AND PUBLISHING INC. d/b/a FIPP INTERNATIONAL; ANIWI MUSIC LLC; SONY/ATV LATIN MUSIC PUBLISHING LLC; EMI BLACKWOOD MUSIC INC.; DARP MUSIC, INC., A GEORGIA CORPORATION d/b/a CYPTRON MUSIC; CHARLES EDWARD HUGO, AN INDIVIDUAL d/b/a RAYNCHASER MUSIC; PHARRELL L. WILLIAMS, AN INDIVIDUAL d/b/a WATERS OF NAZARETH PUBLISHING, <br><br>       Plaintiffs, <br><br>      v. <br><br>WHO'S ON FIRST, INC. d/b/a WHO'S ON FIRST AND ROBERT PARATORE, INDIVIDUALLY, <br><br>       Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No.: 04cv11553 REK |

**DEMAND FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiffs Broadcast

Music, Inc. ("BMI") et al. hereby demand that default be entered against defendants Who's on First, Inc. d/b/a Who's On First and Robert Paratore, individually, said defendants having been properly served with process by delivery in hand on July 24, 2004, at their place of business, and having failed to answer the Complaint within the time period set by rule.

Date:  October 7, 2004

Respectfully submitted,

BROADCAST MUSIC, INC., et al,
Plaintiffs,

By their attorneys,

William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

## Certificate of Service

    I, Amy C. Mainelli, hereby certify that I have this day served the foregoing document by first class mail upon counsel for all defendants in this action.

Date: 10-7-04

                                                  Amy C. Mainelli