UNITED STATES OF AMERICA
for the
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; BENNY BIRD COMPANY, INC.; BEN MARGULIES, AN INDIVIDUAL d/b/a BEEN JAMMIN MUSIC; VISION OF LOVE SONGS, INC.; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY, LLC; CAREERS-BMG MUSIC PUBLISHING, INC.; ALEX BAND, AN INDIVIDUAL d/b/a ALEX BAND MUSIC; AARON KAMIN, AN INDIVIDUAL d/b/a AMEDEO MUSIC; FOREIGN IMPORTED PRODUCTIONS AND PUBLISHING INC. d/b/a FIPP INTERNATIONAL; ANIWI MUSIC LLC; SONY/ATV LATIN MUSIC PUBLISHING LLC; EMI BLACKWOOK MUSIC INC.; DARP MUSIC, INC.; A GEORGIA CORPORATION d/b/a CYPTRON MUSIC; CHARLES EDWARD HUGO, AN INDIVIDUAL d/b/a RAYNCHASER MUSIC; PHARRELL L. WILLIAMS, AN INDIVIDUAL d/b/a WATERS OF NAZARETH PUBLISHING,<br>*Plaintiffs*<br><br>V.<br><br>WHO'S ON FIRST, INC. d/b/a WHO'S ON FIRST AND ROBERT PARATORE, INDIVIDUALLY,<br>*Defendants* | Civil Action No: 04CV11553REK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO CONTINUE**

Now comes the Defendant, and respectfully requests that this Honorable Court continue the above-captioned matter scheduled for Thursday, March 31, 2005 to a date convenient with the Court within the next two weeks.

As reasons therefore:

1. Counsel for the Defendants states that he cannot appear due to a scheduling conflict.

2. Counsel for the Defendants has notified counsel for the Plaintiffs and they have assented to this motion.

Whereas, the Defendant respectfully requests that this Honorable Court allow this Motion and reschedule matter to a date convenient with the Court within the next two weeks

Respectfully submitted,
WHO'S ON FIRST, INC.,
WHO'S ON FIRST, and ROBERT
PARATORE, INDIVIDUALLY
By Their Attorney,

Assented To:

Amy Mainelli
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114-2919
BBO No.: 657201

Peter J. Muse
15 Foster Street
Quincy, MA 02169
BBO No.: 365390
Tel: (617) 479-3888

Date: 3/31/05