UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; BENNY BIRD COMPANY, INC.; BEN MARGULIES, AN INDIVIDUAL d/b/a BEEN JAMMIN MUSIC; VISION OF LOVE SONGS, INC.; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY, L.L.C.; CAREERS-BMG MUSIC PUBLISHING, INC.; ALEX BAND, AN INDIVIDUAL d/b/a ALEX BAND MUSIC; AARON KAMIN, AN INDIVIDUAL d/b/a AMEDEO MUSIC; FOREIGN IMPORTED PRODUCTIONS AND PUBLISHING INC. d/b/a FIPP INTERNATIONAL; ANIWI MUSIC LLC; SONY/ATV LATIN MUSIC PUBLISHING LLC; EMI BLACKWOOD MUSIC INC.; DARP MUSIC, INC., A GEORGIA CORPORATION d/b/a CYPTRON MUSIC; CHARLES EDWARD HUGO, AN INDIVIDUAL d/b/a RAYNCHASER MUSIC; PHARRELL L. WILLIAMS, AN INDIVIDUAL d/b/a WATERS OF NAZARETH PUBLISHING,<br><br>        Plaintiffs,<br><br>v.<br><br>WHO'S ON FIRST, INC. d/b/a WHO'S ON FIRST AND ROBERT PARATORE, INDIVIDUALLY,<br><br>        Defendants. |  <br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No.: 04cv11553 REK |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

The parties submit the following statement pursuant to L.R. 16.1(D).

I. **Proposed Discovery Plan**

The parties will make their initial disclosures under FRCP 26(a)(1) no later than fourteen (14) days following their Rule 16 conference with the Court.

The parties believe that phased discovery is probably not necessary in this matter as the factual issues in the case are not complex, and combining discovery on liability and damages will be more efficient than phased discovery.

Based on the information available to them at present, the parties anticipate that each of them will take no more than three depositions, make at most two sets of document requests, and propound at most 25 interrogatories and 25 requests for admissions. However, the parties agree that these limits should be considered flexible so as to permit additional discovery should issues arise that make it necessary.

As of this date, the parties anticipate no expert testimony or discovery.

On the basis of the foregoing assumptions, the parties propose that discovery close by October 31, 2005.

II. **Proposed Schedule for Filing of Motions**

The parties propose the following schedule. All dates are outside dates by which the motions described, with initial supporting briefs, shall be filed.

| | |
|---|---|
| May 31, 2005 | All motions pursuant to FRCP Rules 12, 19 & 20 |
| June 30, 2005 | All motions pursuant to FRCP Rule 15 |
| December 31, 2005 | Dispositive motions pursuant to FRCP Rule 56 |
| _____ | Status conference |
| _____ | Final pretrial conference |

2

III. **Certification**

The parties' certifications under Local Rule 16.1(D)(3) will be filed with the Court no later than the time of the conference.

IV. **Consideration of Trial by Magistrate Judge**

The parties do not at this time consent to a jury trial by a Magistrate Judge.

Respectfully submitted:

Date: April 27, 2005

BROADCAST MUSIC, INC., et al,
Plaintiffs,

By their attorneys,

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts  02114
Tel: (617) 227-7031
Fax: (617) 367-2988

WHO'S ON FIRST, INC. d/b/a
WHO'S ON FIRST and
ROBERT PARATORE,
Defendants,

By their attorney,

/s/ Peter Muse
Peter Muse, BBO # 365390
15 Foster St.
Quincy, MA 02169
Tel: (617) 479-3888