# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.;<br>SONGS OF UNIVERSAL, INC.;<br>BENNY BIRD COMPANY, INC.;<br>BEN MARGULIES, AN INDIVIDUAL d/b/a<br>BEEN JAMMIN MUSIC; VISION OF LOVE<br>SONGS, INC.; SONY/ATV SONGS LLC;<br>THE BERNARD EDWARDS COMPANY,<br>L.L.C.; CAREERS-BMG MUSIC<br>PUBLISHING, INC.; ALEX BAND, AN<br>INDIVIDUAL d/b/a ALEX BAND MUSIC;<br>AARON KAMIN, AN INDIVIDUAL d/b/a<br>AMEDEO MUSIC; FOREIGN IMPORTED<br>PRODUCTIONS AND PUBLISHING INC.<br>d/b/a FIPP INTERNATIONAL;<br>ANIWI MUSIC LLC; SONY/ATV LATIN MUSIC<br>PUBLISHING LLC; EMI BLACKWOOD<br>MUSIC INC.; DARP MUSIC, INC., A<br>GEORGIA CORPORATION d/b/a CYPTRON<br>MUSIC; CHARLES EDWARD HUGO, AN<br>INDIVIDUAL d/b/a RAYNCHASER<br>MUSIC; PHARRELL L. WILLIAMS, AN<br>INDIVIDUAL d/b/a WATERS OF<br>NAZARETH PUBLISHING,<br><br>               Plaintiffs,<br><br>          v.<br><br>WHO'S ON FIRST, INC. d/b/a<br>WHO'S ON FIRST AND ROBERT<br>PARATORE, INDIVIDUALLY,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    Civil Action No.: 04cv11553 REK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT
## TO LOCAL RULE 16.1(D)(3)

Pursuant to the Local Rules of the United States District Court, District of Massachusetts,

Local Rule 16.1(D)(3), plaintiffs and their counsel hereby certify that:

1)   The undersigned have conferred with a view to establishing a budget for the costs

of conducting the full course – and various alternative costs – of the litigation; and

2)   The undersigned have conferred to consider the resolution of the litigation through

the use of alternative dispute resolution programs such as those outlined in LR

16.4.

BROADCAST MUSIC, INC.
for itself and on behalf of all Plaintiffs,

Date: 3/ 8/ 05

By: _____
Title: Ass't VP, Legal


_____
William S. Strong, Esq. BBO #483520
Amy C. Mainelli, Esq. BBO #657201
Kotin, Crabtree & Strong, LLP
Attorney for Plaintiffs


## Certificate of Service

I, Amy C. Mainelli, certify that I have this day served the foregoing document by first class mail upon the defendants in this action.


4-27-05
Date

_____
Amy C. Mainelli


2