UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROADCAST MUSIC, INC.; <br> SONGS OF UNIVERSAL, INC.; <br> BENNY BIRD COMPANY, INC.; <br> BEN MARGULIES, AN INDIVIDUAL d/b/a <br> BEEN JAMMIN MUSIC; VISION OF LOVE <br> SONGS, INC.; SONY/ATV SONGS LLC; <br> THE BERNARD EDWARDS COMPANY, <br> L.L.C.; CAREERS-BMG MUSIC <br> PUBLISHING, INC.; ALEX BAND, AN <br> INDIVIDUAL d/b/a ALEX BAND MUSIC; <br> AARON KAMIN, AN INDIVIDUAL d/b/a <br> AMEDEO MUSIC; FOREIGN IMPORTED <br> PRODUCTIONS AND PUBLISHING INC. <br> d/b/a FIPP INTERNATIONAL; <br> ANIWI MUSIC LLC; SONY/ATV LATIN MUSIC <br> PUBLISHING LLC; EMI BLACKWOOD <br> MUSIC INC.; DARP MUSIC, INC., A <br> GEORGIA CORPORATION d/b/a CYPTRON <br> MUSIC; CHARLES EDWARD HUGO, AN <br> INDIVIDUAL d/b/a RAYNCHASER <br> MUSIC; PHARRELL L. WILLIAMS, AN <br> INDIVIDUAL d/b/a WATERS OF <br> NAZARETH PUBLISHING, <br><br> Plaintiffs, <br><br> v. <br><br> WHO'S ON FIRST, INC. d/b/a <br> WHO'S ON FIRST AND ROBERT <br> PARATORE, INDIVIDUALLY, <br><br> Defendants. |  <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No.: 04cv11553 REK |

**STIPULATION FOR ENTRY OF JUDGMENT**

Plaintiff BROADCAST MUSIC, INC., for itself and its co-Plaintiffs through their

undersigned counsel, and Defendants, through their undersigned counsel, hereby stipulate and

move this Court for entry of judgment according to the enclosed Consent Judgment.

Date: August 3, 2005

Respectfully submitted:

BROADCAST MUSIC, INC., et al,
Plaintiffs,

By their attorneys,

*[signature]*

William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

WHO'S ON FIRST, INC. d/b/a
WHO'S ON FIRST and
ROBERT PARATORE,
Defendants,

By their attorney,

*[signature]*

Peter Muse, BBO # 365390
15 Foster St.
Quincy, MA 02169
Tel: (617) 479-3888