UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; BENNY BIRD COMPANY, INC.; BEN MARGULIES, AN INDIVIDUAL d/b/a BEEN JAMMIN MUSIC; VISION OF LOVE SONGS, INC.; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY, L.L.C.; CAREERS-BMG MUSIC PUBLISHING, INC.; ALEX BAND, AN INDIVIDUAL d/b/a ALEX BAND MUSIC; AARON KAMIN, AN INDIVIDUAL d/b/a AMEDEO MUSIC; FOREIGN IMPORTED PRODUCTIONS AND PUBLISHING INC. d/b/a FIPP INTERNATIONAL; ANIWI MUSIC LLC; SONY/ATV LATIN MUSIC PUBLISHING LLC; EMI BLACKWOOD MUSIC INC.; DARP MUSIC, INC., A GEORGIA CORPORATION d/b/a CYPTRON MUSIC; CHARLES EDWARD HUGO, AN INDIVIDUAL d/b/a RAYNCHASER MUSIC; PHARRELL L. WILLIAMS, AN INDIVIDUAL d/b/a WATERS OF NAZARETH PUBLISHING,<br><br>    Plaintiffs,<br><br>v.<br><br>WHO'S ON FIRST, INC. d/b/a WHO'S ON FIRST AND ROBERT PARATORE, INDIVIDUALLY,<br><br>    Defendants. | Civil Action No.: 04cv11553 REK |

## CONSENT JUDGMENT

Plaintiffs having filed an action for copyright infringement against Defendants, the parties now request entry of this Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff BROADCAST MUSIC, INC. licenses the right of public performance, and the other Plaintiffs own the copyrights, in the following musical compositions:

    a. American Pie

    b. Someday

    c. Everybody Dance

    d. Wherever You Go a/k/a Wherever You Will Go

    e. Whenever Wherever

    f. Hit 'Em Up Style a/k/a (Oops) Hit 'Em Style

    g. Milkshake

2. Defendants have willfully infringed the copyrights in the musical works listed in Paragraph 1 above.

3. Defendants are hereby permanently enjoined from causing any unlicensed public performances of any musical works licensed by Broadcast Music, Inc.

4. Defendants shall pay the Plaintiffs damages in the amount of $32,000.00.

5. This Court shall retain jurisdiction over this matter for enforcement of this Judgment.

Date: 9/14/05

Robert E. Keeton, United States District Judge

Approved as to Form and Content:

BROADCAST MUSIC, INC., et al,
Plaintiffs,

By their attorneys,

*/s/ Amy C. Mainelli*

William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

WHO'S ON FIRST, INC. d/b/a
WHO'S ON FIRST and
ROBERT PARATORE,
Defendants,

By their attorney,

*/s/ Peter Muse*

Peter Muse, BBO #365390
15 Foster St.
Quincy, MA 02169
Tel: (617) 479-3888

3