UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

BROADCAST MUSIC, INC.; )
SONGS OF UNIVERSAL, INC.; )
BENNY BIRD COMPANY, INC.; )
BEN MARGULIES, AN INDIVIDUAL d/b/a )
BEEN JAMMIN MUSIC; VISION OF LOVE )
SONGS, INC.; SONY/ATV SONGS LLC; )
THE BERNARD EDWARDS COMPANY, )
L.L.C.; CAREERS-BMG MUSIC )
PUBLISHING, INC.; ALEX BAND, AN )
INDIVIDUAL d/b/a ALEX BAND MUSIC; )
AARON KAMIN, AN INDIVIDUAL d/b/a )
AMEDEO MUSIC; FOREIGN IMPORTED )
PRODUCTIONS AND PUBLISHING INC. )
d/b/a FIPP INTERNATIONAL; )
ANIWI MUSIC LLC; SONY/ATV LATIN MUSIC )
PUBLISHING LLC; EMI BLACKWOOD )
MUSIC INC.; DARP MUSIC, INC., A )
GEORGIA CORPORATION d/b/a CYPTRON )
MUSIC; CHARLES EDWARD HUGO, AN )
INDIVIDUAL d/b/a RAYNCHASER )
MUSIC; PHARRELL L. WILLIAMS, AN )
INDIVIDUAL d/b/a WATERS OF )
NAZARETH PUBLISHING, )
 )
        Plaintiffs, )
 )
v. )  Civil Action No.: 04cv11553 REK
 )
WHO'S ON FIRST, INC. d/b/a )
WHO'S ON FIRST AND ROBERT )
PARATORE, INDIVIDUALLY, )
 )
        Defendants. )
 )

### NOTICE OF SATISFACTION OF JUDGMENT

Plaintiffs Broadcast Music, Inc., et al hereby state that the judgment stipulated to on

August 3, 2005 against the defendants in this matter has been satisfied in full.

                                                          Respectfully submitted,

Date:   February 6, 2006                         BROADCAST MUSIC, INC., et al,
                                                        Plaintiffs,

                                                         By their attorneys,


                                                         /s/ Amy C. Mainelli
                                                         William S. Strong, Esq., BBO #483520
                                                         Amy C. Mainelli, Esq., BBO #657201
                                                         KOTIN, CRABTREE & STRONG, LLP
                                                         One Bowdoin Square
                                                         Boston, Massachusetts 02114
                                                         Tel: (617) 227-7031
                                                         Fax: (617) 367-2988